# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SADIE PATTERSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1758-Orl-31DAB**

**WORLDWIDE MUSIC, INC. & JIMMY HICKS, JR.,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Baker (Doc. 13), and Plaintiff's objection thereto (Doc. 14), it is

**ORDERED** that the objection is OVERRULED and the Report and Recommendation is CONFIRMED. Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party